FORM 3: Notice of Appeal from the United States Court of International Trade

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MOBILIER RUSTIQUE (BEAUCE) INC., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) **Court No. 19-00164** |
| THE UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, | ) |
| *Defendant-Intervenor*. | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that Mobilier Rustique (Beauce) Inc. appeals to the United States Court of Appeals for the Federal Circuit the order entered on August 18, 2021, <u>vacating</u> the U.S. Department of Commerce determination styled as *Certain Softwood Lumber Products From Canada*, 84 Fed. Reg. 32,121 (Dept Comm. July 5, 2019) (final results of CVD expedited review), <u>vacating</u> 19 C.F.R. § 351.214(k), and <u>denying as moot</u> the Motion for Judgment Upon the Agency Record Under Rule 56.2 of Mobilier Rustique (Beauce) Inc.

Respectfully submitted,

/s/ John R. Magnus

John R. Magnus
TradeWins LLC
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: 202-744-0368
Email: jmagnus@tradewinsllc.net

Date: September 27, 2021